**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re:    Nicholas Gary Johnson & Lisa Christine Johnson<br>              DEBTOR(S) | CASE NO.        17-60936<br><br>CHAPTER        7 |
| BMW Bank of North America<br>              PLAINTIFF(S)<br><br>v.<br><br>Nicholas Gary Johnson<br>              DEFENDANT(S) | ADVERSARY PROCEEDING NO.    17-06051 |

**PRE-TRIAL ORDER**

A pre-trial conference, attended by counsel for the parties, was held before the Court by telephone conference call on 12/13/2017. Pursuant thereto, and for good cause shown; it is,

**ORDERED THAT:**

1. Plaintiff's discovery is to be completed by   .

2. Defendant's discovery is to be completed by   .

3. **TRIAL** IS SET FOR 2/15/2018 at 1:00 PM at US Courthouse, Room 200, 255 W Main St., Charlottesville, VA 22902.

4. Exhibits and witness list shall be filed with the Court by this date 2/1/2018.

5. Joint Stipulation of Facts and issues to be decided is to be filed by 2/12/2018.

6. All motions by any party are to be filed by   .

7. Exhibits not objected to in writing by 2/8/2018 will stand as admitted into evidence, if offered.

    List any objections to portions of *de bene esse* depositions by page and by line.

8. All exhibits and the exhibit list are to be filed with the court, by the date shown above, in the manner prescribed in the attached "Exhibit Instructions".

9. Memoranda of Authority, if any, by Plaintiff:    Defendant:   .

10. Counsel shall hold at least one settlement conference following the discovery deadline and prior to trial of this matter in an attempt to negotiate a settlement of this matter.

11. Final pre-trial conference is to be held on    at   ,

12. Other:   .

The schedule set forth above shall control the handling of this case. No variations or adjustments shall be made without prior approval by the Court upon request by **written** motion. Failure to comply with this order shall result in appropriate sanctions.

**Strict compliance is required to the exhibit instructions attached hereto and made a part hereof.**

Dated:  12/18/2017

/s/ Rebecca B. Connelly
Rebecca B. Connelly, Judge

ospt

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
# EXHIBIT INSTRUCTIONS

All exhibits must be filed electronically prior to the hearing in the electronic filing system (ECF).

The Exhibit list must be typewritten, double-spaced, and should briefly describe each exhibit to be introduced at trial. The "admitted" and "marked" columns should be left blank.

Counsel should pre-mark exhibits near the bottom of the exhibit.

If a group of related items, such as checks or photographs, are to be introduced, each individual item must have page numbers.

Plaintiff's exhibits are to be in <u>numerical</u> order.

Defendant's exhibits are to be in <u>alphabetical</u> order.

Government exhibits should be marked "Government."

Joint exhibits should be marked "Joint exhibits."

If there is more than one Plaintiff or Defendant, the exhibit must identify the party on exhibit.

For exhibits that contain multiple pages, please identify the number of pages within each exhibit. (Example: Defendant Exhibit A - Page 1 of 10)

The marked exhibit shall contain the exhibit number (or letter), the case number [and adversary proceeding number, if applicable] and the date of the trial or hearing.

Example of exhibit format:

```
Plaintiff's Exhibit
#1
07/01/92
Case #92-00001
APN 92-00017A
Page 1 of 10
```

**Counsel must bring to court three (3) separate sets of exhibits for court use during the Trial, (one set for the Judge, one for the Law Clerk, and one for the use by witnesses) unless the litigant has obtained permission from the court in advance of the Trial to provide electronic exhibits at the Trial.**

exins